

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00321-CV

---

Laura Rachelle Aguilar, Appellant

v.

Rodolfo Esquivel and Richard Aguilar, Appellees

---

On Appeal from the 384th District Court
El Paso County, Texas
Trial Court No. 2021DCV0951

---

## MEMORANDUM OPINION

On February 17, 2026, we ordered Laura Rachelle Aguilar to file her appellate brief no later than March 4, 2026. Because Aguilar had received four extensions for the filing, we cautioned that failure to timely file a brief could result in the dismissal of this appeal for failure to comply with an order of this Court or for want of prosecution. Tex. R. App. P. 42.3, 38.8(a)(1) (authorizing

the dismissal of a civil appeal for want of prosecution if the appellant fails to file a brief). As of the date of this memorandum opinion, Aguilar has not filed her appellate brief. We dismiss the appeal for want of prosecution and for failure to comply with an order of this Court requiring an action within a specified time. Tex. R. App. P. 38.8(a)(1), 42.3(c). All pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

March 12, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.